FILED

JUN 2 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

ANTHONY GIULANI,
ANNETTE ROSS,

    Defendants.
_____/

No. 3:11-70683 MAG

REMOVAL ORDER - OUT OF CUSTODY

IT APPEARING that a criminal complaint has been filed in the Eastern District of Virginia charging the defendant above-named, with a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(b)(vii).

IT IS HEREBY ORDERED that the defendants be released pursuant to the conditions of release set forth by this Court, to report to the United States District Court for the Eastern District of Virginia and to abide by further orders of that Court. Any money posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

Dated: June 23, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge